THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA, PHILADELPHIA DIVISION

IN RE:  MORRIS N HOLLOWAY JR  :  Chapter:   13
: Bankruptcy No:  17-12441

## WITHDRAWAL OF CLAIM

American Express Centurion Bank, by and through its counsel, withdraws its Proof of Claim number **6** filed on July 6th, 2017, for account number ending in 1002 in the amount of $1,585.26.

Respectfully submitted,

By: /s/ Shraddha Bharatia

Shraddha Bharatia, Claims Administrator
Becket & Lee LLP
POB 3001
Malvern, PA 19355-0701

DATE:       9/6/2017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA, PHILADELPHIA DIVISION

IN RE:  MORRIS N HOLLOWAY JR      :   Chapter:    13
                                  :   Bankruptcy No:   17-12441

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of September, 2017, a true and correct copy of the

Withdrawal of the Proof of Claim Number 6, filed by American Express Centurion Bank, was served via

US First Class Mail, postage pre-paid on the following parties:

Under penalty of perjury, I declare that the foregoing is true and correct.

/s/ Shraddha Bharatia
Shraddha Bharatia, Claims Administrator
Becket & Lee LLP
POB 3001
Malvern, PA 19355-0701

Copy of the above served to the following:

DAVID M. OFFEN, A
THE CURTIS CENTER
601 WALNUT STREET
SUITE 160 WEST
Philadelphia PA 19106

FREDERICK REIGLE, T
PO Box 4010
Reading PA 19606