```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                              Case No. 17-12441-jkf
Morris N. Holloway, Jr.                                             Chapter 13
            Debtor                  CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD              Page 1 of 2           Date Rcvd: Dec 14, 2017
                              Form ID: pdf900             Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2017.
db             +Morris N. Holloway, Jr.,    7044 Paschall Avenue,    Philadelphia, PA 19142-1122
13947364        American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
13896923       +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
13896924       +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
13896926       +Commonwealth of Pennsylvania,    Department of Revenue,    1400 Spring Garden St,   Rm 1206,
                 Philadelphia, PA 19130-4414
13896928       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13896929        Fst Premier,   601 S Minneapolis Ave,    Sioux Falls, SD 57104
13896930       +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13950271       +Matteo S. Weiner, Esquire,    KML Law Group, P.C.,    Atty for Midfirst Bank,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13939266       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13896931       +Midland Mortgage Co,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
13896932       +PGW,   Credit and Collections Department,    800 W. Montgomery Avenue, 3rd Floor,
                 Philadelphia, PA 19122-2806
13896933       +Police And Fire Fede,    901 Arch St,   Philadelphia, PA 19107-2495
13923128       +Police and Fire Federal Credit Union,    901 Arch Street,    Phila., Pa. 19107-2495
13896937       +Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,   Atlanta, GA 30356-0424
13903741       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
13896938       +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,   Mason, OH 45040-8053
13896939        Water Revenue Bureau,    1401 JFK Blvd.,    Philadelphia, PA 19102-1663

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Dec 15 2017 01:24:26      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 15 2017 01:24:21      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13990433        E-mail/Text: james.feighan@phila.gov Dec 15 2017 01:24:43      water Revenue Bureau,
                 c/o Pamela Elchert Thurmond,    Law Department  Tax Unit MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA  19102-1595
13896925       +E-mail/Text: bkr@cardworks.com Dec 15 2017 01:23:43      Cardworks/CW Nexus,   Attn: Bankruptcy,
                 Po Box 9201,    Old Bethpage, NY 11804-9001
13896927       +E-mail/PDF: creditonebknotifications@resurgent.com Dec 15 2017 01:26:32      Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
13947389        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 15 2017 01:26:41
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13903319       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 15 2017 01:26:34      Orion,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13896935        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 15 2017 01:26:42
                 Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
13896934        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 15 2017 01:26:51
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
13976246        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 15 2017 01:48:57
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13902846       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 15 2017 01:26:51
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13929319       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 15 2017 01:23:57
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
cr*             American Express Centurion Bank,    c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern, PA 19355-0701
cr*            +Orion,   c/o PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
13896936*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,    Po Box 41067,   Norfolk, VA 23541)
                                                                                 TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0313-2          User: YvetteWD              Page 2 of 2                  Date Rcvd: Dec 14, 2017
                              Form ID: pdf900             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2017 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Morris N. Holloway, Jr. dmo160west@gmail.com,
               davidoffenecf@gmail.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

MORRIS N. HOLLOWAY, JR.
                                                    : Bankruptcy No. 17-12441SR
        Debtor(s)                                   : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.


                                                    BY THE COURT


**Date: December 14, 2017**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

DAVID M OFFEN ESQ
THE CURTIS CENTER STE 160W
601 WALNUT STREET
PHILADELPHIA PA 19106-

MORRIS N. HOLLOWAY, JR.
7044 PASCHALL AVENUE
PHILADELPHIA,PA.19142