Friday, September 24, 2021

MORRIS N. HOLLOWAY, JR.
7044 PASCHALL AVENUE
PHILADELPHIA, PENNSYLVANIA 19142

US BKPT CT PA PHILADEL
US BANKRUPTCY COURT
PHILADELPHIA, PA 19101

Dear Clerk,

My name is MORRIS N. HOLLOWAY, JR., and I am writing this letter to you because I have
recently received my Consumer Report and there is an entry appearing on my Consumer Report
which states that I filed bankruptcy in your district. The bankruptcy id # 1712441JKF.

I am requesting information about this Bankruptcy. Can you please explain this to me, how can
this have happened? From the Federal Law 15 u.s.c 1681(a)(4) and my understanding, nothing is
to be released to third parties, pursuant to the Federal Rules of Bankruptcy Procedure. Any
information you can provide me would be appreciated.

Does this court release information about Consumer's bankruptcies to third parties such as
TransUnion, Experian, Equifax or Lexis Nexis?

Thank you,

MORRIS N. HOLLOWAY, JR.

I have also enclosed a self-addressed envelope with postage for your convenience.

Cc: Consumer Financial Protection Bureau

Cc: Attorney General's Office

Cc: Better Business Bureau


OCT 1   2021