Friday, April 25, 2022

MORRIS N. HOLLOWAY, JR.
7044 PASCHALL AVENUE
PHILADELPHIA, PENNSYLVANIA 19142

US BKPT CT PA PHILADEL
US BANKRUPTCY COURT
PHILADELPHIA, PA 19101

Dear Clerk,

My name is MORRIS N. HOLLOWAY, JR., and I am writing this letter to you because I have
recently received my Consumer Report and there is an entry appearing on my Consumer Report
which states that there are bankruptcies dismissals in your district. The bankruptcies id #
(1712441) and (1810854). I am requesting information about these Bankruptcies dismissals.
Can you please explain this to me, how can this have happened? From the Federal Law 15 u.s.c
1681(a)(4) and my understanding, nothing is to be released to third parties, pursuant to the
Federal Rules of Bankruptcy Procedure. Any information you can provide me would be greatly
appreciated.

Does this court release information about Consumer's bankruptcies dismissals to third parties
such as TransUnion, Experian, Equifax or Lexis Nexis?

Thank you,

MORRIS N. HOLLOWAY, JR.


I have also enclosed a self-addressed envelope with postage for your convenience.


Cc: Attorney General
Cc: Better Business Bureau
Cc: Consumer Financial Protection Bureau

APR 27 2022