| | | |
|---|---|---|
| Timothy B. McGrath<br>Clerk of Court | **UNITED STATES BANKRUPTCY COURT**<br>EASTERN DISTRICT OF PENNSYLVANIA<br>Robert N.C. Nix Building<br>900 MARKET STREET<br>Suite 400<br>PHILADELPHIA, PA   19107-4299 | Clerk's Office<br>Telephone<br>(215) 408-2800<br><br>Divisional Office<br>201 Penn Street<br>Suite 103<br>Reading, PA 19601<br>(610)208-5040 |

April 27, 2022

Morris N. Holloway Jr.
7044 Paschall Ave.
Phila., PA 19142

Re:17-12441, 18-10854

Dear         ,

This is in response to your recent letter regarding your credit report.  It is not the policy of the court to report to any credit agency, nor do we intercede with the removal of questionable reporting.

If you have any questions , you may contact us at 215-408-2800.

Very truly yours,

Timothy B. McGrath
Clerk of Court


BY:_____Randi J._____

    Deputy Clerk